Alexander H. Spitz, appellee, v. A. H. Marrettick, appellant. Gen. No. 40,259.

Opinion filed February 27, 1939.

Charles N. Goodnow, for appellant. Spitz, McKenna & Elmes, for appellee; Ignatz Spitz, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Stanley Slomski, trading as Archer Grocery, appellee, v. E. Swierenga and Robert Swierenga, trading as Swierenga Brothers, appellants. Gen. No. 40,285.

Opinion filed February 27, 1939. Rehearing denied March 13, 1939.

George A. Bosomburg, for appellants. Raymond R. Stern, for appellee; Clela Guthrie, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

John G. Gruenewegen, appellee, v. Christine H. Roner et al., appellants. Gen. No. 40,302.

Opinion filed February 27, 1939.

Harold V. Snyder, for appellants. Isadore J. Stein and James R. Glass, for appellee; Louis I. Shapiro, of counsel.

Mr. Justice Matchett delivered the opinion of the court.